# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Parsons Government Services, Inc. | )     ASBCA No. 60219 |
| | ) |
| Under Contract No. DAAA09-99-C-0016 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:      Kevin J. Slattum, Esq.
James M. Carter, Esq.
Pillsbury Winthrop Shaw Pittman LLP
Los Angeles, CA

APPEARANCES FOR THE GOVERNMENT:      E. Michael Chiaparas, Esq.
DCMA Chief Trial Attorney
Carol L. Matsunaga, Esq.
Senior Trial Attorney
Defense Contract Management Agency
Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 27 March 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60219, Appeal of Parsons Government Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals